IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CORNELIUS SPENCER**                                                                                        **PLAINTIFF**
*ADC #117794*

v.                                       CASE NO. 4:24-CV-00717-BSM

**DEXTER PAYNE,** *et al***.**                                                                              **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE